#20021.00355



By: *Matthew J. Behr, Esq. – NJ Attorney I.D. #025841998*
15000 Midlantic Drive ⬧ Suite 200
P.O. Box 5429
Mount Laurel, NJ  08054
☎856-414-6000  ⬧  📠856-414-6077  ⬧  📧 mjbehr@mdwcg.com
*Attorney for:*  Defendants, County of Salem, Warden John S. Cuzzupe, Sergeant DeVault, Response Team (R/T) Officer M. Martin, Response Team (R/T) Officer C. Mullen, Response Team (R/T) Officer Stiles, Response Team (R/T) Officer Lopatin, and Correctional Officer Underwood

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### *(Camden Vicinage)*

| | |
|---|---|
| RICHARD MARTINO,<br><br>        Plaintiff,<br><br>***vs.***<br><br>COUNTY OF SALEM,<br>and<br>WARDEN JOHN S. CUZZUPE,<br>and<br>SERGEANT DEVAULT,<br>and<br>SERGEANT JOHN DOE #1,<br>and<br>RESPONSE TEAM (R/T) OFFICER M. MARTIN,<br>and<br>RESPONSE TEAM (R/T) OFFICER C. MULLEN,<br>and<br>RESPONSE TEAM (R/T) OFFICER STILES,<br>and<br>RESPONSE TEAM (R/T) OFFICER LOPATIN, | C.A. NO. 1:22-cv-516-KMW-MJS<br><br><br><br>***STIPULATION OF DISMISSAL<br>WITH PREJUDICE*** |

LEGAL/161628266.v1

and
CORRECTIONAL OFFICER UNDERWOOD,
and
CORRECTIONAL/R/T OFFICERS JOHN DOE #'S 1-5,
      Defendants.

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, Thomas Bruno, II, Esq., on behalf of Plaintiff, and Matthew J. Behr, Esq., on behalf of Defendants, COUNTY OF SALEM, SALEM COUNTY CORRECTIONAL FACILITY, WARDEN JOHN S. CUZZUPE, SERGEANT DEVAULT, RESPONSE TEAM (R/T) OFFICER M. MARTIN, RESPONSE TEAM (R/T) OFFICER C. MULLEN, RESPONSE TEAM (R/T) OFFICER STILES, RESPONSE TEAM (R/T) OFFICER LOPATIN, AND CORRECTIONAL OFFICER UNDERWOOD, it is hereby stipulated and agreed that the same be and it is hereby dismissed as to all claims, without costs against either party, with prejudice.

***ABRAMSON & DENENBERG, P.C.***
Attorney for Plaintiff

By: _____
    THOMAS BRUNO, II, ESQ.

DATED: 7/26/2024

***MARSHALL DENNEHEY, P.C.***
Attorney for Defendants,
County of Salem, Salem County Correctional Facility, Warden John S. Cuzzupe, Sergeant Devault, Response Team (R/T) Officer M. Martin, Response Team (R/T) Officer C. Mullen, Response Team (R/T) Officer Stiles, Response Team (R/T) Officer Lopatin, and Correctional Officer Underwood

By: /s/ Matthew J. Behr
    MATTHEW J. BEHR, ESQ.

LEGAL/161628266.v1